PETER BERTLING CA Bar No. 131602
Email: peter@bertlinglawgroup.com
Peter Bertling Law Group
    21 East Canon Perdido St., Suite 204B
    Santa Barbara, CA 93101
    Telephone: 844.295.7558

GEOFFREY SIMPSON (*pro hac vice*)
gsimpson-efile@gelawyer.com
Gilbert Employment Law, P.C.
    8403 Colesville Rd., Suite 1000
    Silver Spring, MD 20910
    Telephone: 301.608.0880

NATHANIEL ZELINSKY (*pro hac vice forthcoming*)
nzelinsky@washingtonlitigationgroup.org
Washington Litigation Group
    1717 K St. NW, Suite 1120
    Washington, DC 20006
    Telephone: 202.521.8750
*Attorneys for Plaintiff Kyra Lilien*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **KYRA LILIEN**, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TODD BLANCHE**, | ) | |
| Acting Attorney General | ) | **Case No. 26-cv-03965-KAW** |
| U.S. Department of Justice | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE.** | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Kyra Lilien, by and through her undersigned counsel, hereby moves to amend

her Complaint, ECF No. 1, pursuant to Fed. R. of Civ. Proc. Rule 15(a)(1)(A) as a matter of

course. Appellant filed her initial Complaint on May 1, 2026, and served it on May 13, 2026.

Accordingly, this amendment is timely. Appellant's First Amended Complaint is attached hereto

as Exhibit 1, and the red-lined version as Exhibit 2.

Dated:  June 3, 2026.

By:

Peter G. Bertling
CA Bar No. 131602
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
(805) 879-7558 Telephone
(805) 869-1597 Facsimile
peter@bertlinglawgroup.com

By:

Nathaniel A.G. Zelinsky
DC Bar No. 1724093
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org
*Pro Hac Vice Forthcoming*

By:

*/s/ Geoffrey H. Simpson*
Geoffrey H. Simpson
MD Bar No. 18868
DC Bar No. 988437
Gilbert Employment Law, PC.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
301-608-0880 Telephone
301-608-0881 Facsimile
gsimpson-efile@gelawyer.com
*Pro Hac Vice*

*Attorneys for Plaintiff Kyra Lilien*