PETER BERLING CA Bar No. 131602
Email: peter@bertlinglawgroup.com
Peter Bertling Law Group
21 East Canon Perdido St., Suite 204B
Santa Barbara, CA 93101
Telephone: 844.295.7558

GEOFFREY SIMPSON (*pro hac vice*)
gsimpson-efile@gelawyer.com
Gilbert Employment Law, P.C.
8403 Colesville Rd., Suite 1000
Silver Spring, MD 20910
Telephone: 301.608.0880

NATHANIEL ZELINSKY (*pro hac vice forthcoming*)
nzelinsky@washingtonlitigationgroup.org
Washington Litigation Group
1717 K St. NW, Suite 1120
Washington, DC 20006
Telephone: 202.521.8764
*Attorneys for Plaintiff Florence Chamberlin*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **KYRA LILIEN,** | ) | |
| | ) | Case No. 3:26-cv-03965-JSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND TIME FOR THE PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS** |
| **TODD BLANCHE**, Attorney General U.S. Department of Justice, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendants. | | |

Plaintiff Kyra Lilien ("Plaintiff") and Defendants Todd Blanche and United States Department of Justice ("Defendants") (collectively, "the Parties"), by and through their counsel,

hereby stipulate as follows:

WHEREAS, on May 1, 2026, Plaintiff filed her complaint in this action (ECF No. 1);

WHEREAS, on June 3, 2026, Plaintiff filed her Amended Complaint in this action (ECF No.16);

WHEREAS, the complaint and summons were served on the United States Attorney's Office for the Northern District of California on May 18, 2026, and Defendants' deadline to respond to the complaint was initially July 17, 2026;

WHEREAS, the Parties previously stipulated to extend Defendants' time to respond to the complaint by 30 days to August 17, 2026;

WHEREAS, the Parties previously further stipulated to extend Defendants' time to respond to the complaint by 7 days to August 24, 2026;

WHEREAS, the Defendants filed their Motion to Dismiss on August 24, 2026;

WHEREAS, the Plaintiff intends to submit a Second Amended Complaint in response to the Motion to Dismiss;

NOW THEREFORE, Plaintiff and Defendants STIPULATE, pursuant to Local Rule 6-1(a), that the time within which Plaintiff shall respond to Defendants Motion to Dismiss shall be extended by 21 days to September 29, 2026, and Plaintiff may submit a Second Amended Complaint. Defendant shall reply to Plaintiff's Response to Defendants Motion to Dismiss on October 20, 2026.

IT IS SO STIPULATED.

DATED: September 8, 2026

Respectfully Submitted,

*/s/ Geoffrey H. Simpson*

GEOFFREY H. SIMPSON
GILBERT EMPLOYMENT LAW, P.C.

PETER BERTLING LAW GROUP
Peter Bertling

WASHINGTON LITIGATION GROUP
Nathaniel Zelinsky

Attorneys for Plaintiffs

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT
Assistant United States Attorney

Attorneys for Defendants

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Geoffery H. Simpson, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Geoffrey H. Simpson*
GEOFFREY H. SIMPSON

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. Plaintiffs' deadline to respond to Defendants Motion to Dismiss shall occur on September 28, 2026
2. Defendants' deadline to reply to Plaintiffs' Response to Defendants Motion to Dismiss shall occur on October 20, 2026.

DATED: _______________

_________________________
Hon. Jacqueline Scott Corley
United States District Judge